1

2

3

4              UNITED STATES DISTRICT COURT

5             EASTERN DISTRICT OF WASHINGTON

6

7   BENJAMIN RICE-ERSO, a single        )
    person,                             )
8                   Plaintiff,          )    NO. 13-CV-0331-JLQ
                                        )
9        v.                             )    ORDER GRANTING MOTION TO
                                        )    EXPEDITE,  MOTION TO DISMISS
10  COUNTY OF SPOKANE, et al.,          )    FEDERAL CLAIMS,
                                        )    REMANDING THE CASE TO
11                                      )    SPOKANE COUNTY
                    Defendants.         )    SUPERIOR COURT, AND CLOSE FILE
12  _____)

13        Pursuant to the "Stipulation to Dismiss Federal Claim with Prejudice (ECF

14  No. 9), and the concurrence of defense counsel stated orally to the court at the

15  telephonic status conference held November 19, 2013 (*see* ECF No. 8), **IT IS**

16  **HEREBY ORDERED**:

17        1. Plaintiff's Motion to Expedite (**ECF No. 10**) is **GRANTED**.

18        2. Plaintiff's "Stipulated Motion to Dismiss" (**ECF No. 9**) is **GRANTED**;

19        3. Plaintiff's federal claims under 42 U.S.C. §§ 1983 and 1985 set forth in the

20  Complaint (ECF No. 1, Ex. A at 6-21) against all Defendants are **DISMISSED**

21  WITH PREJUDICE and without costs or attorneys fees to any party.

22        4. Given the court's dismissal of all claims for which it has original

23  jurisdiction, pursuant to 28 U.S.C. § 1367(c) the court REMANDS Plaintiff's

24  remaining state law claims to the Superior Court of the State of Washington for

25  Spokane County under the prior filing in that court.

26        The District Court Executive is hereby ordered to enter this Order, enter

27  Judgment of Dismissal in favor of all Defendants on Plaintiff's claims under 42

28  U.S.C. §§ 1983 and 1985, provide copies to counsel, and mail a certified copy of

this Order to the Clerk of the Spokane County Superior Court of the State of Washington, and **CLOSE THE FILE**.

     **IT IS SO ORDERED**.

     **DATED** this 29th day of November, 2013.

s/ Justin L. Quackenbush<br>
JUSTIN L. QUACKENBUSH<br>
SENIOR UNITED STATES DISTRICT JUDGE

ORDER – 1